UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| KELLY OTTERNESS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:14-cv-04106-SLD-JEH |
| v. | ) ) | |
| PLA-FIT FRANCHISE, LLC, and MBM FITNESS MANAGEMENT LLC, | ) ) ) | |
| Defendants. | ) | |

<u>ORDER</u>

Defendants PLA-FIT FRANCHISE, LLC ("PLA-FIT") and PF East Moline ("PF East Moline"), sued as MBM Fitness Management, LLC, move, ECF No. 10, to withdraw their Notice of Removal, ECF No. 1.  Defendants' Motion to Withdraw comes in response to the Court's Order, ECF No. 9, directing Defendants to file an amended Notice of Removal if they wished to correct the defective statement of jurisdiction contained in their original Notice.  Since Defendants instead seek to withdraw their removal and have not amended their Notice, this Court lacks jurisdiction over this matter, as explained in its previous order.  Pursuant to 28 U.S.C. § 1447(c), it is appropriate to remand the case to state court.

Accordingly, Defendants' Motion to Withdraw, ECF No. 10, is GRANTED.  Defendant PF East Moline's Motion to Dismiss, ECF No. 3, is MOOT.  The Clerk is directed to enter judgment remanding this case back to state court.   The clerk is directed to mail a certified copy of this order, the judgment, and the docket in this matter to Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois.

Entered this 21st day of January 2015.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE